TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
COLIN S. SCOTT (Cal. Bar No. 318555)
Assistant United States Attorney
National Security Division
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-3159
     Facsimile:  (213) 894-0140
     E-mail:   colin.scott@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE: SEARCH WARRANT | No. 2:25-MJ-05044 |
|---|---|
| | GOVERNMENT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL DEVICE; DECLARATION OF COLIN S. SCOTT |

The United States of America, by and through its counsel of record, Assistant United States Attorney Colin S. Scott, applies for an order extending by 120 days the time within which the government may retain and search twenty-four digital devices seized pursuant to a federal search warrant.

//

//

This application is based on the attached declaration of Colin S. Scott and the files and records of this case, including the underlying search warrant and affidavit in support thereof.

Dated: December 5, 2025

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney


    /s/
COLIN S. SCOTT
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

## DECLARATION OF COLIN S. SCOTT

I, Colin S. Scott, declare and state:

1. I am an Assistant United States Attorney assigned to this case for the United States Attorney's Office for the Central District of California.

2. This declaration is made in support of a request for an order permitting the government to retain and search, pursuant to the terms of the original warrants in this matter, for an additional 120 days, the electronic devices, seized pursuant to the warrants described below:

3. On August 15, 2025, Special Agent ("SA") Maetha Jacobe of the Federal Bureau of Investigation ("FBI") obtained two federal search warrants issued by the Honorable Alka Sagar, United States Magistrate Judge, Central District of California, in case numbers 2:25-MJ-5044 and 2:25-MJ-5043.

4. The warrants, which are incorporated into my declaration by reference, authorized the search of the SUBJECT DIGITAL DEVICES, described below, for a period of 120 days to allow the government to search the devices for evidence of violations of Title 18, United States Code, Sections 1001 (Bribery in violation of 18 U.S.C. § 201(b)); and 371 (Conspiracy) (the "Subject Offenses").

5. On August 16, 2025, pursuant to the above-mentioned warrants, FBI executed the warrants and seized the following electronic devices:

- an iPhone 16 Pro Max bearing serial C4J9RR2X9V seized pursuant to 25-MJ-5043;
- a Macbook bearing serial FVFHT9BSQ6L8 seized pursuant to 25-MJ-5043;

- an iPad bearing serial D9JWQM2GH4 seized pursuant to 25-MJ-5043;
- a white iPhone seized pursuant to 25-MJ-5044;
- a Samsung Tablet bearing serial NSCT0904XB8 seized pursuant to 25-MJ-5044;
- an Apple computer bearing serial H4TK40CVQ6X9 seized pursuant to 25-MJ-5044;
- a Macbook laptop seized pursuant to 25-MJ-5044;
- a Dell laptop bearing service tag B2076D1 seized pursuant to 25-MJ-5044;
- a Hard drive seized pursuant to 25-MJ-5044;
- a thumb drive seized pursuant to 25-MJ-5044;
- a Mac laptop bearing serial W8909KS64R1 seized pursuant to 25-MJ-5044;
- a hard drive bearing serial WMAEH2521886 seized pursuant to 25-MJ-5044;
- a SanDisk flash drive seized pursuant to 25-MJ-5044;
- a SanDisk SD card 8GB seized pursuant to 25-MJ-5044;
- a Kingston 4GB SD card seized pursuant to 25-MJ-5044;
- a black Acer laptop seized pursuant to 25-MJ-5044;
- a passport hard drive for a Mac seized pursuant to 25-MJ-5044;
- a hard drive seized pursuant to 25-MJ-5044;
- a Maxtor drive seized pursuant to 25-MJ-5044;
- a Samsung flip phone seized pursuant to 25-MJ-5044;
- a Nokia phone seized pursuant to 25-MJ-5044;
- a Black HTC phone seized pursuant to 25-MJ-5044;
- a Galaxy III seized pursuant to 25-MJ-5044;  and

- an LG phone D4150325 seized pursuant to 25-MJ-5044 (together with the items listed above the "SUBJECT DIGITAL DEVICES").

6. This is the first request for an extension. The deadline by which the government must complete its review of the SUBJECT DIGITAL DEVICES is December 13, 2025.

7. For the following reasons, the government is requesting an additional 120 days to complete its review of the SUBJECT DIGITAL DEVICES.

8. The forensic review of digital devices is time consuming. Agents cannot simply turn on computers and review their contents because merely turning on a computer and reviewing its contents changes the data on the computer. Specialized computer software is therefore needed to ensure that evidence remains in a pristine and usable condition, and is not affected by the review process. The review also must be conducted by agents who have received specialized training to ensure that the review is done thoroughly and in a forensically sound fashion. This process takes substantial time.

9. Due to other operational office-wide priorities and the number of digital evidence items, the SUBJECT DIGITAL DEVICES were not imaged and reviewable until November 4, 2025. Additionally, the reviewable image of the Macbook bearing serial FVFHT9BSQ6L8 is still in progress due to the layers of password protection contained on the device.

10. According to SA Jacobe, FBI seized approximately 24 digital devices that required forensic examination.

11. According to SA Jacobe, a majority of the devices also require special linguistic support in the Korean, Polish, and Arabic

3

foreign languages to translate certain documents, messages, and audio files.  Review of these foreign language documents is ongoing and based on the availability of foreign language support linguists.

12.  I understand that the volume of data is also extensive and is comprised of more than five terabytes (or over 5,000 gigabytes) of data consisting of pictures, text, and videos. Specifically, the SUBJECT DIGITAL DEVICES that have been imaged are approximately 5.48 terabytes, which does not include the above-referenced Macbook that is still in the process of being imaged. Based on my training and experience, I know that one gigabyte could hold the contents of about ten yards of books on a shelf.  One hundred gigabytes could hold an entire library floor of academic journals.

13.  I understand that the search team has completed forensic review of approximately 8 of the 24 devices but needs more time to review the SUBJECT DIGITAL DEVICES.

14.  For the reasons stated above, the government respectfully requests that the Court grant the requested extension to allow the government to conduct the search of the SUBJECT DIGITAL DEVICES for an additional 120 days.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: December 5, 2025

/s/ _____
COLIN S. SCOTT

4